# United States Court of Appeals for the Fifth Circuit

---

No. 24-50708
consolidated with
No. 24-50709

---

United States Court of Appeals
Fifth Circuit

**FILED**

March 24, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Reyes Mena-Mena,

*Defendant—Appellant*.

---

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:23-CR-124-1,
4:24-CR-97-1

---

Before Graves, Willett, and Wilson, *Circuit Judges*.

Per Curiam:*

Jose Reyes Mena-Mena appeals the sentence imposed following his guilty plea conviction for illegal reentry in violation of 8 U.S.C. § 1326. On appeal, he challenges the application of the enhanced penalty range in § 1326(b) as unconstitutional because it permits a defendant to be sentenced

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50708
c/w No. 24-50709

above the statutory maximum of § 1326(a) based on a prior conviction that was not alleged in the indictment or found by a jury beyond a reasonable doubt. He expressly declines to raise any issue regarding the consolidated appeal from his supervised release revocation proceeding.

The Government has filed a motion for summary affirmance or, alternatively, for an extension of time to file a brief. Mena-Mena takes no position on the motion, but he correctly concedes that the asserted issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). He raises this issue to preserve it for further review.

Because summary affirmance is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the district court's judgments are AFFIRMED.